In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-02-00091-CR


______________________________




MATT SHANNON WILLIAMS, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 8th Judicial District Court


Hopkins County, Texas


Trial Court No. 0216402




 




Before Morriss, C.J., Ross and Carter, JJ.


Memorandum Opinion by Justice Carter



MEMORANDUM OPINION



 Matt Shannon Williams appeals from his conviction for aggravated sexual assault on a child. 
A companion appeal, number 06-02-00090-CR, is also before this Court in which Williams appeals
from another conviction for the same type of offense. The cases were tried together, and the records,
briefs, and arguments raised therein are identical in both appeals. For the reasons stated in Matt
Shannon Williams v. The State of Texas, 06-02-00090-CR, we likewise affirm this conviction.

 We affirm the judgment.





 Jack Carter

 Justice


Date Submitted: September 10, 2003

Date Decided: September 11, 2003


Do Not Publish